**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WILSON DIVISION**

IN RE:                                                                                    CASE NO.:

HEAD GRADING CO., INC.                                                  05-02729-8-JRL
    Debtor                                                                         CHAPTER 7

_____

STEPHEN L. BEAMAN, TRUSTEE    )
    Plaintiff                      )
                                  )
vs.                              )        **ADVERSARY PROCEEDING**
                                  )        **NO. 05-00316-8-JRL**
RUBY LEE HEAD               )
    Defendant.              )

_____

## MOTION AND ANSWER

NOW COMES the Defendant, Ruby Lee Head, and submits the following Motion and Answer to the Complaint in this matter as follows:

## MOTION TO DISMISS

This matter fails to state a claim upon which relief can be granted pursuant to Rule 7012(b)(6) and should be dismissed.

## ANSWER TO SPECIFIC ALLEGATIONS

Now having submitted the foregoing Motion, the Defendant answers the specific allegations of the Complaint as follows:

    1. The allegations contained in Paragraph 1 of the Complaint are admitted.

    2. The allegations contained in Paragraph 1 of the Complaint are admitted.

    3. The allegations contained in Paragraph 1 of the Complaint are admitted.

    4. The allegations contained in Paragraph 1 of the Complaint are admitted.

    5. Responding to the allegations contained in Paragraph 5 of the Complaint, it is

admitted that the Note attached to the Complaint as Exhibit B is dated July 29, 1998.  However, said indebtedness was in existence on the date of the signing of the Deed of Trust referenced in Paragraph 4 of the Complaint.

      6.  The allegations contained in Paragraph 6 of the Complaint are denied.

      7.  The allegations contained in Paragraph 7 of the Complaint are denied.

WHEREFORE, based on the foregoing, the Defendant prays for the following relief:

      1.  That the Plaintiff have and recover nothing of the Defendant.

      2.  That the Plaintiff's Complaint be dismissed with prejudice.

      3.  For such other and further relief as the Court deems just and proper.

This the 27th day of February, 2006.

                          /S/ John G. Rhyne
                         John G. Rhyne
                         State Bar No: 17570
                         HINSON & RHYNE, P.A.
                         P.O. Box 7479
                         Wilson, NC 27895-7479
                         Telephone: (252) 291-1746
                         Telecopier: (252) 291-2521

CERTIFICATE OF SERVICE

I, Maureen Radford, of the law firm of Hinson & Rhyne, P.A., of P. O. Box 7479, Wilson, North Carolina, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age:

That on February 27, 2006, I mailed a copy of the foregoing MOTION AND ANSWER, by depositing copies thereof in the United States mail, first class mail, postage prepaid, in an envelope addressed as shown below.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: February 27, 2006.

 /s/ Maureen Radford
Maureen Radford
Hinson & Rhyne, P.A.
P. O. Box 7479
Wilson, NC  27895-7479
(252) 291-1746

RECIPIENTS:

Stephen L. Beaman, Esq.
P.O. Box 1907
Wilson, NC 27894

Ms. Ruby Head
3757 Highway 17N
Goldsboro, NC 27530